ORIGINAL

FILED
OCT - 5 2006
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ILLINOIS CENTRAL RAILROAD COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-691 T |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF DIRECTLY RELATED CASE**

Pursuant to Rule 40.2(a) of the Rules of this Court, plaintiff Illinois Central Railroad Company advises the Court that the following case pending in this Court appears to be directly related to the instant case:

*Illinois Central Railroad Company v. United States*,
Docket No. 06-527 T (filed July 19, 2006)

The above case involves the same plaintiff as the instant case, and also involves the same substantive legal issues as the instant case: whether Productivity Fund distributions and severance and separation payments made by Illinois Central Railroad Company are subject to Railroad Retirement Tax. The above-referenced pending case presents these issues for tax years 1999, 2000, and 2001. The instant case presents the same issues for tax years 2002 and 2003.

For the Court's information, the instant case was filed separately for procedural reasons, in order to allow the mandatory six-month waiting period of I.R.C. § 6532(a)(1) to expire following plaintiff's filing of its administrative refund claims with the Internal Revenue Service for tax years 2002 and 2003.

Plaintiff believes that it would serve the interests of efficiency and judicial economy for the instant case to be consolidated or coordinated for procedural purposes with the above-referenced pending case involving identical parties.

Respectfully submitted,

October 5, 2006
Date

Steven C. Lambert

STEVEN C. LAMBERT
Attorney of Record for Plaintiff
Foley & Lardner LLP
3000 K Street, N.W., Suite 500
Washington, DC 20007
Tel: (202) 295-4067
Fax: (202) 672-5399

Of Counsel for Plaintiff:

RICHARD F. RILEY, JR.
Foley & Lardner LLP
3000 K Street, N.W., Suite 500
Washington, DC 20007
Tel: (202) 295-4712
Fax: (202) 672-5399