IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No.06-691 T

(Judge Baskir)

ILLINOIS CENTRAL RAILROAD COMPANY,

Plaintiff

v.

UNITED STATES,

Defendant

# NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Benjamin C. King, Jr., as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Benjamin C. King, Jr., Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044

Dated: December 8, 2006

"s/" Benjamin C. King, Jr.

Benjamin C. King, Jr., Esquire
United States Department Justice
Department
Tax Division
Court of Federal Claims Section
202-307-6506
Fax: (202) 514-9440