IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No.06-691 T

(Judge Baskir)

ILLINOIS CENTRAL RAILROAD COMPANY,

Plaintiff

v.

UNITED STATES,

Defendant

# MOTION FOR AN EXTENSION OF TIME

Pursuant to RCFC 6, defendant, the United States, moves this Court for an extension of 7 days, from December 21, 2006, to and including December 28, 2006, of the deadline for the defendant to answer or otherwise respond to the complaint in the above-captioned case. One prior extension of this deadline totaling 17 days has been granted. Counsel for the defendant has contacted counsel for the plaintiff who has stated that the plaintiff does not object to this motion.

As good cause therefor, defendant has only recently received the balance of the IRS administrative file related to this case. Defendant has not had adequate time to complete its review of those files and prepare its answer in this case.

WHEREFORE, defendant moves this Court for an extension of the time to December 28, 2006, of the deadline for the defendant answer or otherwise respond to the complaint in the above captioned case.

Respectfully submitted,

s/Benjamin C. King, Jr.
BENJAMIN C. KING, JR.
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/Steven I. Frahm
Of Counsel

December 21, 2006