IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No.06-691 T

(Judge Baskir)

ILLINOIS CENTRAL RAILROAD COMPANY,

Plaintiff

v.

UNITED STATES,

Defendant

# ANSWER

Defendant, the United States, in answer to the complaint of plaintiff, Illinois Central Railroad Company, respectfully denies each and every allegation contained therein that is not expressly admitted below. Defendant further responds to each separate paragraph of the complaint as follows:

1. Admits that this complaint seeks a refund of Internal Revenue Taxes; denies the remaining allegations in paragraph 1 of the complaint.

2. Admits that jurisdiction, to the extent it exists, would be based on 28 U.S.C. § 1491; denies the remaining allegations in paragraph 2 of the complaint.

3-5. States that defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 3 through 5 of the complaint.

6. In response to the allegations in paragraph 6 of the complaint, the defendant incorporates its responses to paragraphs 1-5 of the complaint.

7-10. States that defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 7 through 10 of the complaint.

11. Paragraph 11 presents legal conclusions to which no response is necessary. To the extent paragraph 11 also makes factual allegations, defendant denies those allegations.

12. In response to the allegations in paragraph 12 of the complaint, the defendant incorporates its responses to paragraphs 26-37 of the complaint.

13. States that defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 13 of the complaint.

14. Denies that amounts were erroneously paid and withheld from plaintiff's employees and paid over; and states that defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 14 of the complaint.

15. Denies the allegations in paragraph 15 of the complaint.

16. In response to the allegations in paragraph 16 of the complaint, the defendant incorporates its responses to paragraphs 1-5 of the complaint.

17-18. States that defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 17 and 18 of the complaint.

19-20. Denies the allegations in paragraphs 19 and 20 of the complaint.

21. Paragraph 21 presents legal conclusions to which no response is necessary. To the extent paragraph 21 also makes factual allegations, defendant denies those allegations.

22. In response to the allegations in paragraph 22 of the complaint, the defendant incorporates its responses to paragraphs 26-37 of the complaint.

23-24. States that defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 23 and 24 of the complaint.

25. Denies the allegations in paragraph 25 of the complaint.

26. Admits the allegations in paragraph 26 of the complaint but avers that the plaintiff's return was filed on February 28, 2003.

27. Admits the allegations in paragraph 27 of the complaint but avers that plaintiff's claim was filed on March 2, 2006.

28-29. Admits the allegations in paragraphs 28 and 29 of the complaint.

30. Paragraph 30 presents legal conclusions to which no response is necessary. To the extent paragraph 30 also makes factual allegations, defendant states that it lacks knowledge or information sufficient to form a belief as to the truth of those allegations in paragraph 30 of the complaint.

31. Denies the allegations in paragraph 31 of the complaint.

32. Admits the allegations in paragraph 32 of the complaint but avers that the plaintiff's return was filed on February 29, 2004.

33-35. Admits the allegations in paragraphs 33 through 35 of the complaint.

36. Paragraph 36 presents legal conclusions to which no response is necessary. To the extent paragraph 36 also makes factual allegations, defendant states that it lacks knowledge or information sufficient to form a belief as to the truth of those allegations in paragraph 36 of the complaint.

37. Denies the allegations in paragraph 37 of the complaint.

WHEREFORE, defendant prays that the complaint of plaintiff, Illinois Central Railroad Company, be dismissed with prejudice, with defendant's costs to be taxed against the plaintiffs and with such other relief as the

Court deems appropriate and just.

Respectfully submitted,

s/Benjamin C. King, Jr.
BENJAMIN C. KING, JR.
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

s/David Gustafson
Of Counsel

December 27, 2006