# In the United States Court of Federal Claims

Case No. 06-691T
(Filed: January 5, 2007)

****************************************************
ILLINOIS CENTRAL RAILROAD COMPANY, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

## ORDER

The Court received the parties' Joint Preliminary Status Report and the related Joint Motion to Stay Proceedings, both filed on January 4, 2007. **This Order hereby stays all proceedings in this case** pending final outcome of the appeals in *CSX Corp. v. United States*, Fed. Cl. No. 95-858T, appeals docketed, Fed. Cir. Nos. 07-5003, 07-5007.

**The parties are directed to file a Joint Status Report (JSR) every 45 days,** to be filed on the same schedule, and covering the same matters, as the JSRs being filed in *Illinois Central Railroad Company*, Case No. 06-527T, and *Grand Trunk Western Railroad, Inc.*, Case No. 00-544T. **The first JSR in this matter is due January** 31, **2007.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge