IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-691 T
(Judge Baskir)

ILLINOIS CENTRAL RAILROAD COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

JOINT STATUS REPORT

Pursuant to the Court's Order filed January 5, 2007, Plaintiff and Defendant hereby file this Joint Status Report regarding the progress of proceedings in *CSX Corp. v. United States*, Fed. Cl. No. 95-858T, *appeals docketed*, Fed. Cir. No. 07-5003, and other matters relevant to the instant case. The Court's January 5, 2007 Order stayed all proceedings in the instant case pending issuance of a final nonappealable decision in the *CSX* case, and directed that the parties file Joint Status Reports in the instant case every 45 days, consistent with the schedule for filing Joint Status Reports in the related cases of *Grand Trunk Western Railroad Incorporated*

*v. United States* , Fed. Cl. No. 00-544T, and *Illinois Central Railroad Company v. United States*, Fed. Cl. No. 06-527T.

As noted above and as reported in Joint Status Reports previously filed in the related cases, the *CSX* case is now pending on appeal before the United States Court of Appeals for the Federal Circuit. The taxpayers' opening brief in the *CSX* appeal was filed December 28, 2006. The government's opening brief is scheduled to be filed by February 9, 2007.

Respectfully submitted,

| | |
|---|---|
| Jan. 24, 2007 | s/ Steven C. Lambert |
| Date | STEVEN C. LAMBERT<br>Attorney of Record for Plaintiff<br>Foley & Lardner LLP<br>3000 K Street, N.W., Suite 500<br>Washington, DC 20007<br>Tel: (202) 295-4067<br>Fax: (202) 672-5399<br><br>Of Counsel for Plaintiff:<br><br>RICHARD F. RILEY, JR.<br>Foley & Lardner LLP<br>3000 K Street, N.W., Suite 500<br>Washington, DC 20007 |
| Jan. 24, 2007 | s/ Benjamin C. King, Jr. |
| Date | BENJAMIN C. KING, JR.<br>Attorney of Record for Defendant<br>Tax Division, Court of Federal Claims Section<br>U.S. Department of Justice<br>Post Office Box 26<br>Ben Franklin Station<br>Washington, DC 20044<br>Tel: (202) 307-6506<br>Fax: (202) 514-9440<br><br>EILEEN J. O'CONNOR<br>Assistant Attorney General<br>DAVID GUSTAFSON<br>Chief, Court of Federal Claims Section |
| Jan. 24, 2007 | s/ David Gustafson |
| Date | Of Counsel |