IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-691 T
(Judge Baskir)

ILLINOIS CENTRAL RAILROAD COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

JOINT STATUS REPORT

Pursuant to the Court's Order filed January 5, 2007, Plaintiff and Defendant hereby file this Joint Status Report regarding the progress of proceedings in *CSX Corp. v. United States*, Fed. Cl. No. 95-858T, *appeals docketed*, Fed. Cir. No. 07-5003, and other matters relevant to the instant case. The Court's January 5, 2007 Order stayed all proceedings in the instant case pending issuance of a final nonappealable decision in the *CSX* case, and directed that the parties file Joint Status Reports in the instant case every 45 days, consistent with the schedule for filing Joint Status Reports in the related cases of *Grand Trunk Western Railroad Incorporated*

*v. United States* , Fed. Cl. No. 00-544T, and *Illinois Central Railroad Company v. United States*, Fed. Cl. No. 06-527T.

As noted above and as reported in previously filed Joint Status Reports, the *CSX* case is pending on appeal before the United States Court of Appeals for the Federal Circuit. The taxpayers' opening brief in the *CSX* appeal was filed December 28, 2006. The government's opening brief is now scheduled to be filed by March 12, 2007.

Respectfully submitted,

Mar. 13, 2007 s/ Steven C. Lambert
Date STEVEN C. LAMBERT

Attorney of Record for Plaintiff
Foley & Lardner LLP
3000 K Street, N.W., Suite 500
Washington, DC 20007
Tel: (202) 295-4067
Fax: (202) 672-5399

Of Counsel for Plaintiff:

RICHARD F. RILEY, JR.
Foley & Lardner LLP
3000 K Street, N.W., Suite 500
Washington, DC 20007

Mar. 13, 2007 s/ Benjamin C. King, Jr.
Date BENJAMIN C. KING, JR.

Attorney of Record for Defendant
Tax Division, Court of Federal Claims Section
U.S. Department of Justice
Post Office Box 26
Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-6506
Fax: (202) 514-9440

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

Mar. 13, 2007 s/ David Gustafson
Date Of Counsel