IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-691 T
(Judge Baskir)

ILLINOIS CENTRAL RAILROAD COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

# JOINT STATUS REPORT

Pursuant to the Court's Order filed January 5, 2007, Plaintiff and Defendant hereby file this Joint Status Report regarding the progress of proceedings in *CSX Corp. v. United States*, Fed. Cl. No. 95-858T, *appeals docketed*, Fed. Cir. No. 07-5003, and other matters relevant to the instant case. The Court's January 5, 2007 Order stayed all proceedings in the instant case pending issuance of a final nonappealable decision in the *CSX* case, and directed that the parties file Joint Status Reports in the instant case every 45 days, consistent with the schedule for filing Joint Status Reports in the related cases of *Grand Trunk Western Railroad Incorporated*

*v. United States* , Fed. Cl. No. 00-544T, and *Illinois Central Railroad Company v. United States*, Fed. Cl. No. 06-527T.

The *CSX* case remains pending on appeal before the United States Court of Appeals for the Federal Circuit. As reported in the parties' previous Joint Status Reports, briefing in the *CSX* appeal before the Federal Circuit has been completed. Oral argument before the Court of Appeals occurred on October 2, 2007. The *CSX* case is now awaiting decision on appeal.

Respectfully submitted,

| | |
|---|---|
| Jan. 23, 2008 | s/ Steven C. Lambert |
| Date | STEVEN C. LAMBERT<br>Attorney of Record for Plaintiff<br>Foley & Lardner LLP<br>3000 K Street, N.W., Suite 500<br>Washington, DC 20007<br>Tel: (202) 295-4067<br>Fax: (202) 672-5399<br><br>Of Counsel for Plaintiff:<br><br>RICHARD F. RILEY, JR.<br>Foley & Lardner LLP<br>3000 K Street, N.W., Suite 500<br>Washington, DC 20007 |
| Jan. 23, 2008 | s/ Benjamin C. King, Jr. |
| Date | BENJAMIN C. KING, JR.<br>Attorney of Record for Defendant<br>Tax Division, Court of Federal Claims Section<br>U.S. Department of Justice<br>Post Office Box 26<br>Ben Franklin Station<br>Washington, DC 20044<br>Tel: (202) 307-6506<br>Fax: (202) 514-9440<br><br>RICHARD T. MORRISON<br>Acting Assistant Attorney General<br>DAVID GUSTAFSON<br>Chief, Court of Federal Claims Section |
| Jan. 23, 2008 | s/ David Gustafson |
| Date | Of Counsel |