IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-691 T
(Judge Baskir)

ILLINOIS CENTRAL RAILROAD COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

JOINT STATUS REPORT

Pursuant to the Court's Order filed January 5, 2007, Plaintiff and Defendant hereby file this Joint Status Report regarding the progress of proceedings in *CSX Corp. v. United States*, Fed. Cl. No. 95-858T, *appeals docketed*, Fed. Cir. No. 07-5003, and other matters relevant to the instant case. The Court's January 5, 2007 Order stayed all proceedings in the instant case pending issuance of a final nonappealable decision in the *CSX* case, and directed that the parties file Joint Status Reports in the instant case every 45 days, consistent with the schedule for filing Joint Status Reports in the related cases of *Grand Trunk Western Railroad Incorporated*

*v. United States* , Fed. Cl. No. 00-544T, and *Illinois Central Railroad Company v. United States*, Fed. Cl. No. 06-527T.

As reported in the prior Joint Status Report, the United States Court of Appeals for the Federal Circuit issued its panel decision in *CSX* on March 6, 2008, ruling on the application of employment taxes to all the categories of separation payments at issue in the *CSX* case. The Court of Appeals has not yet issued its mandate in *CSX*, and there has been no further action in the *CSX* case since the opinion was issued. The parties are still awaiting possible reconsideration or certiorari in *CSX*, and will keep the Court advised of procedural developments in that respect.

If the *CSX* decision becomes nonappealable, the parties will jointly consider the import of the Court of Appeals decision and provide recommendations to the Court on how the instant case should proceed.

Respectfully submitted,

Apr. 21, 2008 s/ Steven C. Lambert
Date

STEVEN C. LAMBERT
Attorney of Record for Plaintiff
Foley & Lardner LLP
3000 K Street, N.W., Suite 500
Washington, DC 20007
Tel: (202) 295-4067
Fax: (202) 672-5399

Of Counsel for Plaintiff:

RICHARD F. RILEY, JR.
Foley & Lardner LLP
3000 K Street, N.W., Suite 500
Washington, DC 20007

Apr. 21, 2008 s/ Benjamin C. King, Jr.
Date

BENJAMIN C. KING, JR.
Attorney of Record for Defendant
Tax Division, Court of Federal Claims Section
U.S. Department of Justice
Post Office Box 26
Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-6506
Fax: (202) 514-9440

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

Apr. 21, 2008 s/ David Gustafson
Date Of Counsel